NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**HOME PRODUCTS INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**v.**

**SINCE HARDWARE (GUANGZHOU) CO., LTD.,**
*Defendant-Appellant.*

———————————————

2012-1608

———————————————

Appeal from the United States Court of International Trade in consolidated case nos. 11-CV-0104 and 11-CV-0105, Judge Leo M. Gordon.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Since Hardware (Guangzhou) Co., Ltd. moves without opposition to withdraw Derek A. Bishop as counsel of record.

Upon consideration thereof,

HOME PRODUCTS INTERNATIONAL V. US                                  2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly 
Jan Horbaly
Clerk

s21